# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORTEZ D. GILLUM,** | ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL NO. 08-cv-335-MJR |
| **A. SHERROD,** | ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

The day after the Court dismissed this case, the Clerk received two motions from Petitioner. The first seeks a status report on this case (Doc. 6); the second seeks appointment of counsel (Doc. 7). Because this case is closed, each of these motions is **MOOT**.

**IT IS SO ORDERED.**

**DATED this 11th day of March, 2009.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN**
> **United States District Judge**